IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | No. C 14-02687 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint using the court's form complaint for filing an action pursuant to 42 U.S.C. § 1983, seeking review of the administrative judge's decision denying his claim for Social Security benefits. (See Docket No. 1 at 3.)

A dissatisfied Social Security claimant may seek judicial review in federal district court, including review of constitutional claims, under 42 U.S.C. §§ 405(g), 421(d). Accordingly, this action is DISMISSED without prejudice to refiling as a complaint for judicial review using the proper court form complaint. Plaintiff is advised that he must have exhausted administrative remedies before seeking review in federal court. See Schweiker v. Chilicky, 487 U.S. 412, 424 (1988) (exhaustion of remedies required up to Appeals Council of Social Security Administration).

Order of Dismissal
P:\PRO-SE\HRL\CR.14\02687Dawson_dism(SSA).wpd

1  The Clerk shall attach two copies of the form complaint with a copy of this order
2  to Plaintiff.
3      Plaintiff's motion for leave to proceed in forma pauperis will be granted in a
4  separate order.
5  **IT IS SO ORDERED.**
6
7  DATED: ___6/27/14___
8                                          HOWARD R. LLOYD
                                            United States Magistrate Judge

_____
Name of Attorney for Plaintiff/Name of Plaintiff (if pro se)

_____
Address

_____

_____

_____
Telephone Number

_____
Facsimile Number

_____
State Bar Number of Attorney

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_____, )
                              )
         Plaintiff,           )
                              )
    v.                        )   Case No. _____
                              )
_____, )   **COMPLAINT FOR JUDICIAL REVIEW**
Commissioner of Social Security. )   **OF DECISION OF COMMISSIONER**
                              )   **OF SOCIAL SECURITY**
         Defendant.           )   (Administrative Procedure Act Case)
_____ )

    The above-named plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

    1.   The plaintiff is a resident of _____,
                                                     City
_____.
           State

    2.   The plaintiff complains of a decision which adversely affect the plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purpose of judicial review and bears the following caption:

/ / /

/ / /

/ / /

COMPLAINT                           - 1 -

| In the case of: | Claim for: |
|---|---|
| _____ | _____ |
| Claimant | Type of Benefit |
| _____ | _____ |
| Wage Earner (Leave blank if same as above) | Last Four Digits of Social Security Number |

    3.   The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction pursuant to Title 42, U.S.C. §405(g).

    WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs.

DATE: _____      _____
                                                                              Signature of Attorney or Plaintiff Appearing Pro Se